UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY CARO,

                Plaintiff,

-against-

LJB FACILITIES MANAGEMENT LLC,

                Defendant.

**ORDER OF SERVICE**

23-CV-3513 (JHR) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      The Clerk of Court is respectfully directed to mail an information package to Plaintiff. The Clerk of Court is further instructed to issue a summons for Defendant, complete the USM-285 forms with the address for Defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service. To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail) instead of by regular mail), he may consent to electronic service by filing a Pro Se Consent & Registration Form to Receive Documents Electronically, available in the Pro Se Intake Unit or at http://nysd.uscourts.gov/file/forms/consent-to-electronic-service-for-pro-se-cases.

      **The Clerk of the Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
      January 24, 2024

                          SO ORDERED.

                          _____

                          KATHARINE H. PARKER
                          United States Magistrate Judge