USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY CARO,

                        Plaintiff,

-against-

LJB FACILITIES MANAGEMENT LLC,

                        Defendant.

**ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONIC**

23-CV-3513 (JHR) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Initial Case Management Conference in this matter scheduled for **Tuesday, May 7, 2024, at 2:00 p.m.** is hereby converted to a telephonic conference. The parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.** The Plaintiff has been notified by chambers that this proceeding will now be held telephonically.

Dated: New York, New York
         May 7, 2024

                                      **SO ORDERED.**

                                      */s/ Katharine H. Parker*
                                      _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge