# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RANDY CARO,

                Plaintiff,                      23 **CIVIL** 3513 (JHR)(KHP)

       -against-                               **JUDGMENT**

LJB FACILITIES MANAGEMENT LLC,

                Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2025, Defendant's motion to dismiss is granted, and this action is dismissed without prejudice. The Court declines to exercise jurisdiction over Plaintiff's New York City law claims. Accordingly, the case is closed.

**Dated:** New York, New York
         March 31, 2025

                                                 **TAMMI M. HELLWIG**

                                                   **Clerk of Court**

                        **BY:**

                                                   **Deputy Clerk**